Exhibit A

## Calls

| Date | Caller ID |
|------|-----------|
| 6/3/21 | 803-769-4167 |
| 6/3/21 | 864-383-1265 |
| 6/14/21 | 864-251-6045 |
| 6/14/21 | 843-241-9197 |

## VERIFICATION

The Undersigned states and swears that all the forgoing allegations are true and correct to the best of his knowledge and belief.

_Jay Connor_
Jay Connor

Subscribed and sworn to before me by Jay Connor on this the 16th day of July 2021.

_[signature]_
Notary Public for South Carolina
My commission expires on 8/28/2030.