UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Jay Connor,<br><br>Plaintiff,<br><br>Vs.<br><br>Complete Reservation Solutions, LLC, Sean Engler Individually, Leonides Ramirez Individually, and John Doe<br><br>Defendants. | C/A No. 2:21-cv-02151-JD-MGB<br><br>PLAINTIFF'S OPPOSTION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION |

## PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS

Plaintiff opposes Defendants' Motion to Dismiss for lack of personal jurisdiction. Defendants' Motion to Dismiss included in their Answer to the Complaint indicated the motion was made for preservation purposes, and did not include a memorandum in support of the motion. Plaintiff will respond to the Motion to Dismiss and Memoranda when they are filed.

Respectfully Submitted,

*Jay Connor*

Jay C. Connor *Pro Se*
215 East Bay Street 201-F
Charleston, SC 29401
(843) 718-8180
Jayc650@hush.com

December 13, 2021