Jay Connor
215 East Bay Street 201-F
Charleston, SC 29401

December 13, 2021

MAGISTRATE JUDGE MARY GORDON BAKER
United States District Court
District of South Carolina
Charleston Division
P.O. Box 835
Charleston, SC 29402

RE:   Case No.: 2:21-cv-2151-JD-MGB Connor v. Complete Reservation Solutions LLC et al.
      **OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Dear Magistrate Judge Baker:

I have enclosed herewith an Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction.

Sincerely,

*/s/ Jay Connor*
Jay Connor

cc: Brad V. Echols. Attorney for Defendants