## CERTIFICATE OF SERVICE

This will certify that I have served a copy of the foregoing documents by depositing a copy of the same in the United States Mail, postage prepaid addressed as follows:

>Mr. Brad V. Echols
>The Echols Law Firm
>224 Oakland Avenue
>Rock Hill, SC 29730

This is the 13th day of December 2021.

_____
Jay C. Connor, Plaintiff *Pro Se*