IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Jay Connor | ) | C.A. No. 2:21-cv-02151-JD-MGB |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION OF DISMISSAL WITH** |
| Complete Reservation Solutions LLC, | ) | **PREJUDICE** |
| Leonides Ramirez Individually and Sean | ) | |
| Engler Individually | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |
| _____ | ) | |

Pursuant to Rule 41 (a) (1) of the *Federal Rules of Civil Procedure*, the Plaintiff, Jay Connor and Defendants, Complete Reservation Solutions, LLC, Leonides Ramirez Individually and Sean Engler Individually hereby stipulate to the dismissal of the above action with prejudice and with each party to bear its own attorney's fees, costs and expenses.

WE CONSENT:

*Jay C. Connor*

Jay Connor
Plaintiff, *Pro Se*
215 East Bay Street 201-F
Charleston, SC 29401
843-557-5724 843-913-8357
jayc650@hush.com

Date: March 16, 2022

/s/ Chad V. Echols

Chad V. Echols
The Echols Law Firm LLC
224 Oakland Avenue
Rock Hill, South Carolina 29731
(803) 329-8970
chad.echols@theecholsfirm.com
*Attorney for Defendants Complete*
*Reservation Solutions, LLC,*
*Leonides Ramirez and Sean Engler*

Date: March 16, 2022